IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| TERRY DREIBELBIS, | : |
| | : |
| Petitioner, | : |
| | :   CIVIL ACTION |
| v. | : |
| | : |
| SUPERINTENDENT JOHN | : |
| STEPANIK, et al., | :   No. 94-2927 |
| | : |
| Respondents. | : |

_____ :

**O R D E R**

**AND NOW**, this   9th   day of February, 2015, upon consideration of Petitioner, Terry Dreibelbis' ("Petitioner"), "Amendment to Petition for Writ of Habeas Corpus" (Doc. No. 23), Respondents' Response, and Petitioner's Objections, it is hereby **ORDERED** that the "Amendment" is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE